No. 01–2. ECHEVARRIETA v. CITY OF RANCHO PALOS VERDES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 01–14. MUCKLESHOOT INDIAN TRIBE v. PUYALLUP INDIAN TRIBE ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–15. ALEE CELLULAR COMMUNICATIONS v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 01–16. ANTONIO GUZMAN v. FEDERAL EXPRESS CORP. C. A. 5th Cir. Certiorari denied.

No. 01–25. TRENKLER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–30. PRIETO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–58. MASSEY v. BOARD OF TRUSTEES OF THE OGDEN AREA COMMUNITY ACTION COMMITTEE, INC. C. A. 10th Cir. Certiorari denied.

No. 01–61. PEARSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, ET AL. v. COMPONENT TECHNOLOGY CORP., AKA COMPTECH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–69. GAUNT ET AL. v. PITTAWAY ET AL. Ct. App. N. C. Certiorari denied.

No. 01–83. REDDWARF STARWARE, LLC v. MEADE INSTRUMENTS CORP. C. A. Fed. Cir. Certiorari denied.

No. 01–159. SHARRIEF ET UX. v. GERLACH. Sup. Ct. Ala. Certiorari denied.

No. 01–166. AFSCME, COUNCIL #15, LOCAL 1159, AFL–CIO v. BRIDGEPORT GUARDIANS, INC., ET AL. C. A. 2d Cir. Certiorari denied.